SIOUX CITY & ST. PAUL RAILROAD CO. *vs.* ANNA DAVIS *et al.*

Argued Jan. 7, 1892.   Decided April 11, 1892.

*Daniel Rohrer*, for appellant.
*Geo. W. Wilson*, for respondents.

PER CURIAM.   The questions presented on this appeal are the same as those considered in the action of this plaintiff against *Singer*, *ante*, p. 301, (51 N. W. Rep. 905.)   For the reasons stated in the opinion in that case the judgment is reversed.

(Opinion published 51 N. W. Rep. 907.)